# UNITED STATES DISTRICT COURT
for the

District of Oregon   ▾         FILED 25 SEP '23 13:17 USDC-ORP

PORTLAND Division

BIRO, CRISTIAN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JOHNSON, SUZANNE A dba RONSUE TRACTORS AND EQUIPMENTS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:23-cv-1394-SI
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
**(28 U.S.C. § 1332; Diversity of Citizenship)**

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BIRO, CRISTIAN |
| Street Address | 16624 NE HASSALO ST |
| City and County | PORTLAND, MULTNOMAH |
| State and Zip Code | OREGON 97230-6110 |
| Telephone Number | 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 |
| E-mail Address | cristibiro@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: JOHNSON, SUZANNE A dba RONSUE TRACTORS AND EQUIPM
- Job or Title (if known):
- Street Address: 18140 NW CORNELL RD APT C
- City and County: BEAVERTON, WASHINGTON
- State and Zip Code: OREGON 97006-8687
- Telephone Number: 503-901-0905
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* BIRO, CRISTIAN, is a citizen of the State of *(name)* WASHINGTON.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* JOHNSON, SUZANNE A, is a citizen of the State of *(name)* OREGON. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* RONSUE TRACTORS AND EQUIPMENT, is incorporated under the laws of the State of *(name)* OREGON, and has its principal place of business in the State of *(name)* OREGON. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is less than $75,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* BIRO CRISTIAN , and the defendant, *(name)* JOHNSON SUZANNE A , made an agreement or contract on *(date)* 06/30/2023 . The agreement or contract was *(oral or written)* Written ☒ . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
have the defendant release the KOMATSU 2013 PC30MR-3 EXCAVATOR with serial number 37097, to the plaintiff on July 10, 2023.
Both parties agreed on a sell price of $20.000 and a down payment of $2000.
Plaintiff made the down payment on 06/30/2023

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
To this present day, the defendant have not released the excavator and the paintiff never took possession of it. After repeted excuses preceded by numerous attempts of contact via calls and texts, ultimately the defendant cut all communications with the plaintiff.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1 The plaintiff is looking for the court to enforce the Purchase Agrement
2 The plaintiff is looking for monetary compensation, deducted from the purchasing price, for the time the excavator was not delivered, as rent in value of $950 per week from the day of signing the Purchase Agreement to the day of delivery of the excavator.
3 The plaintiff is looking for monetary compensation for having disrupted the daily affairs as a result of breaching the contract by the defendant in the value of $2000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/25/2023

Signature of Plaintiff

Printed Name of Plaintiff    BIRO CRISTIAN

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# PURCHASE AGREEMENT

This PURCHASE AGREEMENT (the "**Agreement**") is made and entered into on June 30, 2023 (the "**Effective Date**") by and between Suzanne Johnson Dba RONSUE Tractors And Equipment(the "**Seller**") and Cristian Biro (the "**Buyer**"). Buyer and Seller may be referred to individually as the "**Party**", or collectively, the "**Parties**".

## RECITALS

**WHEREAS**, Seller desires to sell certain property to Buyer in an "as is" condition; and

**WHEREAS**, Buyer desires to purchase certain property from Seller in an "as is" condition.

**NOW, THEREFORE**, in consideration of the premises and the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

## TERMS

**1.    PROPERTY**

Seller agrees to sell, convey, assign, and transfer to Buyer, and Buyer agrees to purchase from Seller, the following property (the "**Property**"):

2013 Komatsu PC30MR-3 Excavator
Serial Number 37097

It is located at 4650 NW Thatcher Rd, Forest Grove, Oregon 97116. The sale, conveyance, assignment, and transfer of said Property shall become effective as of the Effective Date of this Agreement.

**2.    "AS IS" CONDITION**

Seller agrees to sell, convey, assign, and transfer to Buyer, on an "AS-IS" basis, and makes no warranties, either expressed or implied, unless otherwise stated herein, and Buyer agrees to purchase from Seller, on an "AS-IS" basis the Property described herein. The sale, conveyance, assignment, and transfer of said Property shall become effective as of the date set forth above, and the Seller shall deliver said Property to Buyer in "AS-IS" condition.

**3.    PURCHASE PRICE**

Buyer shall purchase the Property from Seller for the total sum of $20,000.00. Deposit of $2,000 received on 6/30/2023. Remaining of $18,000 to be paid over the following six months beginning 8/202

**4.    LIMITATION OF DAMAGES**

IN NO EVENT SHALL EITHER PARTY BE LIABLE HEREUNDER TO THE OTHER PARTY FOR ANY PUNITIVE, RELIANCE, INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING LOST REVENUE, LOST PROFITS, OR LOST SAVINGS) HOWEVER CAUSED AND UNDER ANY THEORY, EVEN IF IT HAS NOTICE OF THE POSSIBILITY OF SUCH DAMAGES. .

**5.    FORCE MAJEURE**

Neither Party shall be in default nor liable to the other for any failure to perform directly caused by events beyond that Party's reasonable control, such as acts of nature, labor strikes, war, insurrections, riots, acts of governments, embargoes and unusually severe weather, provided the affected Party notifies the other party within ten (10) days of the occurrence. Such an event is an excusable delay. THE PARTY AFFECTED BY AN EXCUSABLE DELAY SHALL TAKE ALL REASONABLE STEPS TO PERFORM DESPITE THE DELAY.

**6.    AMENDMENTS**

PAGE 1 OF 3

This Agreement may only be changed or supplemented by a written amendment, signed by authorized representatives of each Party and executed with the same degree of formality as this Agreement.

### 7. ASSIGNMENT

Neither Party may assign its rights or delegate its obligations under this Agreement without the prior written approval of the other Party. Any attempted assignment or delegation without such an approval shall be deemed null and void.

### 8. GOVERNING LAW; CHOICE OF FORUM

8.1    To the extent not preempted by federal law, the provisions of this Agreement shall be construed and enforced in accordance with the laws of the State of Oregon, notwithstanding any choice-of-law or conflicts-of-law principles to the contrary.

8.2    The Parties agree that any legal action relating to this Agreement shall be commenced and maintained exclusively before any appropriate state court of record in the State of Oregon.

### 9. SEVERABILITY

In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, and this Agreement shall be construed as if such invalid or illegal or unenforceable provision had never been contained herein. Upon such determination that any term or other provision is invalid, illegal or unenforceable, the court or other tribunal making such determination is authorized and instructed to modify this Agreement so as to effect the original intent of the parties as closely as possible so that the transaction contemplated herein is consummated as originally contemplated to the fullest extent possible.

### 10. EFFECT OF TITLE AND HEADINGS

The title of the Agreement and the headings of its Sections are included for convenience only and shall not affect the meaning of the Agreement or the Section.

### 11. WAIVER

Failure of either Party to insist upon strict compliance with any term herein or failure by either Party to act in the event of a breach or default shall not be construed as a consent to or waiver of that breach or default or of any subsequent breach or default of the same or any other term contained herein.

### 12. ENTIRE AGREEMENT

This Agreement is the complete statement of the Parties' agreement and supersedes all previous and contemporaneous written and oral communication about its subject.

### 13. COUNTERPARTS

This Agreement may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same document.

### 14. AUTHORITY

The Parties represent that they have full capacity and authority to grant all rights and assume all obligations they have granted and assumed under this Agreement.

### 15. ATTORNEYS FEES

If any legal proceeding is brought for the enforcement of this Agreement, or because of an alleged breach, default or misrepresentation in connection with any provision of this Agreement or other dispute concerning this Agreement, the successful or prevailing party shall be entitled to recover reasonable attorney's fees incurred in connection with such legal proceeding. The term "**prevailing party**" shall mean the Party that is entitled to recover its costs in the proceeding under

applicable law, or the party designated as such by the court.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement on the date first written above.

_Suzanne Johnson_     _6/30/2023_
(Authorized Seller(s) Signature)     (Date Signed)

_CRISTIAN BIRO_     _06/30/2023_
(Buyer(s) Signature)     (Date Signed)

PAGE 3 OF 3

**Additional Notes:**

- Make sure that this Bill of Sale document is completed and signed by both parties. Once signed, it will go into effect on the effective date specified in the document.

- The Buyer should be provided with the original document, and a copy should be made and provided to the Seller.

- This document cannot be used to legally buy or sell real estate.

# Bill of Sale

THIS BILL OF SALE is executed on July 10, 2023, by and between Suzanne Johnson, Dba Ronsue Tractors And Equipment, residing at 18140 NW Cornell Rd Beaverton, Oregon 97006 (hereinafter referred to as the "Seller") and Cristian Biro, residing at 119 Restful Haven Dr Lyle, Washington 98635 (hereinafter referred to as the "Buyer").

Seller hereby agrees to transfers to Buyer all rights of Seller in the following property:

Komatsu 2013 PC30MR-3 Excavator
Serial Number 37097

For and in consideration of a total purchase price of $20,000.00, receipt of which is hereby acknowledged by Seller. The form of payment used will be cash and sales tax is included in the purchase price of the above-mentioned property.

The transfer of property shall take effect immediately upon execution of this Bill of Sale by both parties. Upon signing this Bill of Sale, the above-mentioned property shall belong exclusively to the Buyer, and the Seller shall have no further responsibility for, liability towards or interest in, said property.

The Seller hereby affirms that the above information about this property is accurate to the best of his/her knowledge, and by his/her signature below certifies s/he is the lawful owner of the property with the ability to sell it as s/he sees fit.

The sale and transfer of property is hereby made on an "AS IS" condition, without any express or implied warranties, with no recourse to the Seller, provided that Seller can issue proof that it has title to the property without any liens or encumbrances. The Buyer has been given the opportunity to inspect, or has inspected, the property as described above. The Buyer agrees to accept all property in its existing state.

IN WITNESS THEREOF, the parties executed this Bill of Sale on July 10, 2023,

_CRISTIAN BIRO_    06/30/2023
(Signature of Buyer)    (Date)
Cristian Biro
119 Restful Haven Dr
Lyle, Washington 98635


_Suzanne Johnson_    6/30/2023
(Signature of Seller)    (Date)
Suzanne Johnson, Dba Ronsue Tractors And Equipment
18140 NW Cornell Rd
Beaverton, Oregon 97006

PAGE 1 OF 2