## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTIAN BIRO**, | Case No. 3:23-cv-1394-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **SUZANNE JOHNSON dba RONSUE TRACTORS AND EQUIPMENT**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Based on the Court's ORDER,

IT IS ADJUDGED that this case is DISMISSED without prejudice.

DATED this 27th day of November, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge